IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | |
|---|---|
| SOUTHERN TELCOM NETWORK, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| VS. ) | No. 3:06-cv-3036-JLH |
| ) | |
| SOUTHWESTERN BELL TELEPHONE, LP ) | Hon. Jimm Larry Hendren |
| d/b/a AT&T ARKANSAS a/k/a AT&T ) | |
| OPERATIONS, INC. ) | |
| Defendant. ) | |
| _____) | |

## ORDER

Upon consideration of the *Motion to Dismiss with Prejudice* (the "Motion"), and the *Brief in Support of the Motion to Dismiss with Prejudice,* filed by John T. Lee, Trustee of the Chapter 7 bankruptcy estate of Southern Telcom Network, Inc., and it appearing that due notice of the Motion has been given, no further notice need be given, and that there are no parties opposing the Motion, the Court finds cause to grant the relief granted in the Motion.

IT IS SO ORDERED that the Motion is hereby GRANTED; and the above captioned cause is DISMISSED with PREJUDICE.

IT IS SO ORDERED.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 0 7 2010
CHRIS R. JOHNSON, CLERK
BY
    DEPUTY CLERK

/S/_____
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

Page 1